# Morgan County, IL

E-FILED  
Wednesday, 12 February, 2025 07:44:51 PM  
Clerk, U.S. District Court, ILCD

**NOTICE:** By clicking the 'Search' button below, or otherwise using the Judici.com website

| 2024LA39 | BUCHHEIT ENTERPRISES, INC | | Last Search | Information | Dispositions | **History** | Payments | Fines & Fees |

| Date | Entry | Judge |
|---|---|---|
| | Entered Under: BUCHHEIT ENTERPRISES, INC | |
| 01/17/2025 | Summons returned; served by Randolph County Sheriff's Department | UNASSIGNED |
| 01/03/2025 | Plaintiff's Motion for Class Certification filed by MALMSTROM, CARL. | UNASSIGNED |
| 01/03/2025 | Summons Issued and Returnable filed by MALMSTROM, CARL. | UNASSIGNED |
| 12/27/2024 | Payment of $324.00 applied on 12/26/2024. | UNASSIGNED |
| 12/24/2024 | Class Action Complaint filed by MALMSTROM, CARL. | UNASSIGNED |

For questions or comments about this web site, please see our Contacts Page.  
Terms of use | Privacy policy  
Advertise on Judici.  
Copyright © 2002-2025 Judici  
Last modified: 2025/02/09 08:58 Version: 3.9.0.816

Exhibit D