# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| JASON SHAVER, on behalf of herself and all others similarly situated, | ) )  ) |
| Plaintiff, | ) Case No. 25-CV-3043 ) ) |
| v. | ) ) JURY DEMANDED |
| BUCHHEIT ENTERPRISES, INC., | ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Lee J. Karge of Wilson Elser Moskowitz Edelman & Dicker, LLP and enters his appearance on behalf of Defendant Buchheit Enterprises, Inc. in the above-styled case.

Respectfully submitted,

*/s/ Lee J. Karge*
Lee J. Karge, ARDC No. 6257929
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
7777 Bonhomme Ave., Suite 1900
St. Louis, MO 63105
314-930-2860 (Phone)
314-930-2861 (Fax)
Lee.karge@wilsonelser.com
***Attorney for Defendant Buchheit Enterprises, Inc.***

**CERTIFICATE OF SERVICE**

      I certify that on February 12, 2025, I electronically filed the foregoing document which is available to view and download from the Court's CM/ECF system, that service on all counsel of record who are registered CM/ECF users will be accomplished by the CM/ECF system, and that a copy of the foregoing was served by electronic mail upon the following counsel of record:

Carl V. Malmstrom
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Blvd. Suite 1700
Chicago, IL 60604
312-391-5059 (O)
212-686-0114 (F)
malmstrom@whafh.com
*Local Counsel for Plaintiff & Putative Class*

Julie Holt
Hedin LLP
1395 Brickell Ave., Suite 610
Miami, FL 33131
305-357-2107 (O)
305-200-8801 (F)
jholt@hedinllp.com
*Counsel for Plaintiff & Putative Class*
*Pro Hac Vice Application Forthcoming*

                                        /s/ *Lee J. Karge*