# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| JASON SHAVER, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. ) ) |
| v. | ) ) JURY DEMANDED |
| BUCHHEIT ENTERPRISES, INC., | ) ) |
| Defendant. | ) |

### NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on February 12, 2025, Defendant Buchheit Enterprises, Inc. by and through its undersigned attorneys filed its Notice of Removal in the United States District Court for the Central District of Illinois, Springfield Division. A true and correct copy of such Notice of Removal is attached hereto and is incorporated herein by reference.

Respectfully submitted,

BUCHHEIT ENTERPRISES, INC.

*/s/ Lee J. Karge*
Lee J. Karge, ARDC No. 6257929
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
7777 Bonhomme Ave., Suite 1900
St. Louis, MO 63105
314-930-2860 (Phone)
314-930-2861 (Fax)
Lee.karge@wilsonelser.com
***Attorneys for Defendant Buchheit Enterprises, Inc.***

**CERTIFICATE OF SERVICE**

      I certify that on February 12, 2025, I electronically filed the foregoing document which is available to view and download from the Court's CM/ECF system, that service on all counsel of record who are registered CM/ECF users will be accomplished by the CM/ECF system, and that a copy of the foregoing was served by electronic mail upon the following counsel of record:

Carl V. Malmstrom
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Blvd. Suite 1700
Chicago, IL 60604
312-391-5059 (O)
212-686-0114 (F)
malmstrom@whafh.com
*Local Counsel for Plaintiff & Putative Class*

Julie Holt
Hedin LLP
1395 Brickell Ave., Suite 610
Miami, FL 33131
305-357-2107 (O)
305-200-8801 (F)
jholt@hedinllp.com
*Counsel for Plaintiff & Putative Class*
*Pro Hac Vice Application Forthcoming*

                                            /s/ *Lee J. Karge*