AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

| | | |
|---|---|---|
| Jason Shaver | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-cv-3043 |
| Buchheit Enterprises, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jason Shaver

Date: 02/13/2025

/s/ Carl V. Malmstrom
*Attorney's signature*

Carl V. Malmstrom, ARDC No. 6295219
*Printed name and bar number*
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60602
*Address*

malmstrom@whafh.com
*E-mail address*

(312) 984-0000
*Telephone number*

(212) 686-0114
*FAX number*