## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| JASON SHAVER, on behalf of herself and all others similarly situated, ) ) ) | |
| ) | Case No. 25-CV-3043 |
| Plaintiff, ) ) | |
| v. ) ) | JURY DEMANDED |
| BUCHHEIT ENTERPRISES, INC., ) ) | |
| Defendant. ) | |

### DEFENDANT BUCHHEIT ENTERPRISES, INC.'S
### DISCLOSURE STATEMENT

COMES NOW Defendant Buchheit Enterprises, Inc. and for its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (FRCP) and Local Rule 7.1.1 states as follows:

**FRCP 7.1(a)(1)(A) & Civil LR 7.1.1(A)(1)**

Parent corporations/companies: None.

Publicly held corporations/companies owning 10% or more of its stock: None.

Individuals owning 10% of more of its stock: Tim Buchheit, Jon Buchheit, Jeff Buchheit, Doug Buchheit, and Nick Buchheit

**FRCP 7.2(a)(2)**

Buchheit Enterprises, Inc. is a citizen of Missouri because it is incorporated in Missouri and its principal place of business is in Perryville, Missouri. 28 U.S.C. § 1332(c)(1).

Respectfully submitted,

*s/ Lee J. Karge*
Lee J. Karge, ARDC No. 6257929
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
7777 Bonhomme Ave., Suite 1900
St. Louis, MO 63105
314-930-2860 (Phone)
314-930-2861 (Fax)
Lee.karge@wilsonelser.com
***Attorneys for Buchheit Enterprises, Inc.***

## CERTIFICATE OF SERVICE

I certify that on February 14, 2025, I electronically filed the foregoing document which is available to view and download from the Court's CM/ECF system, that service on all counsel of record who are registered CM/ECF users will be accomplished by the CM/ECF system, and that a copy of the foregoing was served by electronic mail upon the following counsel of record:

Carl V. Malmstrom
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Blvd. Suite 1700
Chicago, IL 60604
312-391-5059 (O)
212-686-0114 (F)
malmstrom@whafh.com
*Local Counsel for Plaintiff & Putative Class*

Julie Holt
Hedin LLP
1395 Brickell Ave., Suite 610
Miami, FL 33131
305-357-2107 (O)
305-200-8801 (F)
jholt@hedinllp.com
*Counsel for Plaintiff & Putative Class*
*Pro Hac Vice Application Forthcoming*

/s/ *Lee J. Karge*