# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JASON SHAVER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-CV-3043 |
| | ) | |
| v. | ) | |
| | ) | JURY DEMANDED |
| BUCHHEIT ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT BUCHHEIT ENTERPRISES, INC.'S
## MOTION TO STRIKE CLASS ALLEGATIONS

COMES NOW Defendant Buchheit Enterprises, Inc. by and though counsel and for its Motion to Strike Class Allegations states as follows:

1. Plaintiff attempts to allege a class action for alleged violations of the Genetic Information Privacy Act, 410 ILCS 513/1 *et seq.*

2. Defendant asks the Court to strike Plaintiff's class allegations in the Complaint for the reasons set forth in its Memorandum of Law in Support.

WHEREFORE, Defendant Buchheit Enterprises, Inc. respectfully requests that this Honorable Court grant its Motion to Strike the class allegations in Plaintiff's Complaint (ECF No. 1-1) and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

*s/ Lee J. Karge*
Lee J. Karge, ARDC No. 6257929
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
7777 Bonhomme Ave., Suite 1900
St. Louis, MO 63105
314-930-2860 (Phone)
314-930-2861 (Fax)
Lee.karge@wilsonelser.com
***Attorneys for Buchheit Enterprises, Inc.***

## CERTIFICATE OF SERVICE

I certify that on February 19, 2025, I electronically filed the foregoing document which is available to view and download from the Court's CM/ECF system, that service on all counsel of record who are registered CM/ECF users will be accomplished by the CM/ECF system, and that a copy of the foregoing was served by electronic mail upon the following counsel of record:

Carl V. Malmstrom
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Blvd. Suite 1700
Chicago, IL 60604
312-391-5059 (O)
212-686-0114 (F)
malmstrom@whafh.com
*Local Counsel for Plaintiff & Putative Class*

Julie Holt
Hedin LLP
1395 Brickell Ave., Suite 610
Miami, FL 33131
305-357-2107 (O)
305-200-8801 (F)
jholt@hedinllp.com
*Counsel for Plaintiff & Putative Class*
*Pro Hac Vice Application Forthcoming*

/s/ *Lee J. Karge*