# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| JASON SHAVER, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 3:25-CV-3043-SEM-EIL<br>) |
| v. | ) Judge: Hon. Sue Myerscough<br>) Magistrate: Hon. Eric Long<br>) |
| BUCHHEIT ENTERPRISES, INC., | )<br>) |
| Defendant. | ) **JURY TRIAL DEMANDED**<br>) |

## STIPULATION FOR VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| *s/ Carl V. Malmstrom* | *s/ Lee J. Karge* |
| Carl V. Malmstrom, ARDC No. 6295219 | Lee J. Karge, ARDC No. 6257929 |
| Wolf Haldenstein Adler Freeman & Herz LLC | Wilson Elser Moskowitz Edelman |
| 111 W. Jackson Blvd. Suite 1700 | & Dicker LLP |
| Chicago, IL 60604 | 7777 Bonhomme Ave., Suite 1900 |
| 312-391-5059 (Phone) | St. Louis, MO 63105 |
| malmstrom@whafh.com | 314-930-2860 (Phone) |
| **Attorney for Plaintiff & Putative Class** | Lee.Karge@wilsonelser.com |
| | **Attorneys for Defendant** |
| | **Buchheit Enterprises Inc.** |